IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. NIMA PAHLAVAN,<br><br>        *Plaintiff*,<br><br>    v.<br><br>DREXEL UNIVERSITY COLLEGE OF MEDICINE,<br>        *Defendant*. | CIVIL ACTION<br><br>No. 16-1715 |

## ORDER

**AND NOW**, this 10th day of February, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 79), the responses and reply thereto (ECF Nos. 95–99), Defendant's "Motion *in Limine* to Limit the Testimony of Lisa Meeks, Ph.D. to Her Report" (ECF No. 80), and the responses and reply thereto (ECF Nos. 88, 94), it is hereby **ORDERED** that, for the reasons set forth in my accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment is **GRANTED** and Defendant's Motion *in Limine* is **DENIED AS MOOT**. The Clerk of Court is directed to mark this case **CLOSED**.

                                                        BY THE COURT:

                                                        */s/ Mitchell S. Goldberg*
                                                        _____
                                                        **MITCHELL S. GOLDBERG, J.**